IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARGEELING LEONARD, | : | CIVIL ACTION |
| | : | NO. 17-2023 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TJUH SYSTEM, THOMAS | : | |
| JEFFERSON UNIVERSITY | : | |
| HOSPITALS, INC., and | : | |
| TJU HOSPITALS, INC., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this **13th** day of **August, 2019,** upon consideration of Defendants' Motion for Summary Judgment (ECF No. 31), Plaintiff's response thereto (ECF No. 41), and Defendants' reply (ECF No. 42), for the reasons set forth in the accompanying memorandum on the date hereof, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 31) is **GRANTED**.

It is **FURTHER ORDERED** that Defendants' Motion to File a Reply Brief (ECF No. 43) is **GRANTED**.

It is **FURTHER ORDERED** that the Clerk of Court is directed to mark the case as **CLOSED** following the entry of judgment in favor of Defendants and against Plaintiff.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
*EDUARDO C. ROBRENO,    J.*